JOSEPH SCHLESINGER, #87692
Acting Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUADALUPE VASQUEZ-ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> *Plaintiff*, </br></br> v. </br></br> GUADALUPE VASQUEZ-ROJAS, </br></br> *Defendant*. | NO. 1:12-cr-00433 AWI </br></br> STIPULATION TO ADVANCE STATUS CONFERENCE HEARING;  ORDER </br></br></br> Date:  January 14, 2013 </br> Time:  10:00 A.M. </br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Megan A.S. Richards, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Guadalupe Vasquez-Rojas, that the status conference currently set for February 19, 2013 at 10:00 a.m., **may be advanced and rescheduled to January 14, 2013, at 10:00 a.m for change of plea and sentencing hearing.**

The parties have entered into a plea agreement and have agreed to set the matter for change of plea and sentencing on January 14, 2013.

/ / /

/ / /

/ / /

BENJAMIN B. WAGNER

|   |   |
|---|---|
|   | United States Attorney |
| Dated: January 10, 2013 | /s/ Megan A.S. Richards<br>MEGAN A.S. RICHARDS<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| Dated: January 10, 2013 | /s/  Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>GUADALUPE VASQUEZ-ROJAS |

**ORDER**

IT IS SO ORDERED.

Dated:   January 11, 2013

UNITED STATES DISTRICT JUDGE

2